# EXHIBIT A

| | A | B | D | E |
|---|---|---|---|---|
| 1 | Owner | County | Tax Assessor Number(s) | Exhibit |
| 2 | Sharon Simmons, Administratrix of the Charles D. Simmons Estate; Joshua Simmons: Bryan Simmons | Braxton | 7-13D-11 | C-107 |
| 3 | Robert C. Pierson, III and Vicki L. Pierson, as Trustees of the Red Hawk Trust | Braxton | 7-13E-10 | C-108 |
| 4 | William G. Lloyd | Braxton | 7-12F-11 | C-109 |
| 5 | Arthur C. and Judy D. Roberts | Lewis | 02-4L-19, 02-4L-12 | C-127, C-128 |
| 6 | Kincheloe Mitigation Holdings LLC | Harrison, Lewis | 20-421-8, 20-421-5, 20-421-4, & 20-421-6, 03-4A-27 & 03-4A-29 | C-119, C-120, C-121, C-123, C-124, C-125 |
| 7 | Hilry Gordon | Harrison | 14-123-41 | C-111 |
| 8 | Adam L. Matheny; Glenn D. Matheny, II | Harrison | 18-282-108 | C-114 |
| 9 | Charles F. Chong and Rebecca Ann Eneix-Chong | Harrison | 18-322-14 | C-115 |
| 10 | Teresa D. Erickson, POA for Gerald Wayne Corder | Harrison | 20-362-20 | C-117 |
| 11 | Lorena B. Krafft, POA for Randall N. Corder | Harrison | 20-362-21 | C-118 |
| 12 | Brian and Helen Montague Van Nostrand | Webster | 6-6D-10 | C-135 |
| 13 | George Ernest Bright; Trustee of The John A. Bright Revocable Living Trust; William Townsend Bright; William B. Morrison and Robert J. Morrison, Trustees under the Will of A. L. Morrison for the benefit of C. F. Morrison, Helena M. Berry, Herman R. Morrison, Martha M. Cooper, Ruth M. Ward, Mabel M. Lewis, William B. Morrison, and Robert J. Morrison; Mary E. Sebring | Webster | 6-6E-1 | C-136 |
| 14 | ICG Eastern, LLC | Webster | 4-4P-1.1, 4-4Q-13.1, 4-4Q-15, 4-4Q-16 | C-137, C-138, C-139, C-140 |
| 15 | Western Pocahontas Properties Limited Partnership | Webster | 6-5F-1, 1-31-10, 1-30-8, 5-26-2 | C-134 |
| 16 | Dale Eastham; Travis Eastham; Andrew Fairbanks; Brent Fairbanks; David Fairbanks; Michael Fairbanks; Edward Charles Smith, Sr.; Edward Charles Smith, II; Todd Edward Smith; and Jeremy Collins | Wetzel | 04-14-39.3 | C-141 |
| 17 | Nancy Jane Shewmake Bates | Wetzel | 04-35-11 | C-142 |